REQUEST FOR COURT ACTION / DIRECTION

TO:     Mr. James Molinelli          OFFENSE: Cons[piracy Posses]s with Intent to
        Miscellaneous Clerk          Distribute Five Kilograms or more of Cocaine 21
                                     U.S.C. 846 & 841 (b)(1)(A)] a class 'A" felony

                                     ORIGINAL SENTENCE: Forty-six months (46)
                                     incarceration followed by forty-eight (48) months of
                                     supervised release.

FROM:   Esteban Montañez              SPEC. CONDITIONS: The defendant shall
        U.S. Probation Officer        participate in a program for treatment of narcotic
                                     addiction or drug or alcohol dependancy. The
                                     program may include testing for the detection of
                                     substance use or abuse. Further, the defendant shall
                                     be required to contribute to the costs of services for
                                     such treatment not to exceed an amount determined
                                     reasonable by the Probation Officer's Sliding Scale
                                     for Substance Abuse Treatment Services; Should the
                                     defendant be deported, he shall not be allowed to re-
                                     enter the United States without the express
                                     permission of the Department of Homeland Security.

                                     AUSA: James C. Preston, Jr (Middle District
                                     Florida/Tampa Division)



RE:     Fernando Medina
        Docket # 8:03-CR-339-T-
        24MSS(Middle District
        Florida/Tampa Division)

DATE OF SENTENCE:    March 11, 2004

DATE:   July 23, 2007

ATTACHMENTS:    PSI X    JUDGMENT X    PREVIOUS REPORTS
                VIOLATION   PETITION

REQUEST FOR:    WARRANT____    SUMMON ____    COURT DIRECTION  X

---

**TRANSFER OF JURISDICTION AND REQUEST TO SELF DEPORT**

Reference is made on the above mentioned offender who, on March 11, 2004, was sentenced by the Honorable Susan C. Bucklew, US District Judge for the Middle District of Florida, to forty-six months incarceration followed by forty-eight months of supervised release.. A $100 special

assessment fee (paid in full on December 29, 2006) and drug aftercare were imposed. Medina was convicted of Conspiracy to Possess with Intent to Distribute Five Kilograms or more of Cocaine, in violation of 21 U.S.C. 846 & 841 (b)(1)(A), a class 'A' felony.

This case came into the Southern District of New York on December 29, 2006 due to his residency in this district.

The purpose of this correspondence is two-fold, to request that jurisdiction be transferred to the Southern District of New York; and that Medina be allowed to self-deport to his native country, the Dominican Republic. This request is based on the fact that Medina never lived in Florida and this conviction was based on Medina traveling only to engage in a drug transaction. Also, Medina has expressed his desire to self-deport. Inevitably, BICE will proceed with deportation action, it is prudent to allow Medina to self-deport so BICE does not have to incur the expense of deporting him.

On July 2, 2007, the sentencing district forwarded this office the needed Probation Form 22, with the sentencing judges signature, agreeing to a transfer of jurisdiction.

In light of the aforementioned circumstances, we are requesting that jurisdiction be transferred and Medina be allowed to self-deport to the Dominican Republic. We will contact BICE and inform them of Medina's intent with the corresponding travel itinerary.

Enclosed is a Transfer of Jurisdiction Order for Your Honor's review.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____

Esteban Montañez
U.S. Probation Officer
212-805-0040 ext. 5073

Approved By: _____   7/23/07
SUSPO                                    Date: